```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AIDA CARLO, *on behalf of herself and all others similarly situated*,

                          Plaintiff,

-against-

STRIDES PHARMA, INC.,

                         Defendant.
-----------------------------------------------------------------X

1:20-cv-03372-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 13, 2020, this case was transferred to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In light of the transfer, the initial pretrial conference scheduled for August 18, 2020 is adjourned *sine die*.

SO ORDERED.

Dated: May 14, 2020

                                                                         GREGORY H. WOODS
                                                                  United States District Judge